

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-16-00533-CV

Oscar Leo **QUINTANILLA**,
Appellant

v.

Andrew Bradford **WEST**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06259
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
          Rebeca C. Martinez, Justice
          Luz Elena D. Chapa, Justice

The appellee's unopposed motion for leave to file post submission brief is hereby GRANTED.

It is so ORDERED on February 9, 2017

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court